# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America | |
| v. | Case No. 25-mj-01342 |
| **ANCELMA CONTRERAS PANO** | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 31, 2025, in the County of Erie, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

THOMAS J. COFFMAN
Border Patrol Agent
United States Border Patrol
*Printed name and title*

Sworn to before me and signed telephonically.

Date: August 5, 2025

*Judge's signature*

City and State: Buffalo, New York

HONORABLE JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK    )
COUNTY OF ERIE       )    SS:
CITY OF BUFFALO      )

I, Thomas J. Coffman, being duly sworn, deposes and says that:

1.    I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Buffalo, New York. I have been employed as a Border Patrol Agent for fourteen (14) years. In such capacity, my official duties include investigating people who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized re-entry in the United States, in violation of Title 8, United States Code, Section 1326(a).

2.    As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to effectuate arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a) Re-entry of Removed Aliens.

3.    I make this Affidavit in support of the Criminal Complaint charging Ancelma CONTRERAS PANO (hereinafter "CONTRERAS PANO"), an alien, born in 1985 in

Mexico, with having been found in the United States after having been previously removed or deported from the United States, without first applying to the Attorney General or the Secretary of the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

4. The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records, and upon information provided to me by other U.S. Border Patrol and other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Sections 1326(a).

## PROBABLE CAUSE

5. On or about July 31, 2025, Buffalo Border Patrol Station Targeting Unit (TU) Agents in collaboration with Homeland Security Investigations (HSI) encountered a vehicle in Amherst, New York, within the Western District of New York. This work van had out of state license plates and was registered to an illegal alien with no prior authorization or permission to be present in the United States legally.

6. Agents observed seven individuals enter the van. The driver resembled the illegal alien that the van was registered to. Agents then observed the van depart the parking lot.

7. The vehicle was stopped and on scene, Border Patrol Agents encountered seven individuals, including the illegal alien driver. Agents also encountered six additional individual passengers; CONTRERAS PANO was one of the passengers. Agents questioned the subjects as to their citizenship and legal status in the United States.

8. The subjects consented to questioning and Border Patrol Agents confirmed through questioning, in her native language of Spanish, that CONTRERAS PANO is a citizen and national of Mexico, and not a national of the United States. This was confirmed through the Buffalo Sector Integrated Border Communications Center (IBCC) who conducted a record check on CONTRERAS PANO. CONTRERAS PANO stated that she did not have any documents that would allow her to be or remain in the United States lawfully.

9. U.S. Border Patrol Agents took CONTRERAS PANO into custody. As a part of processing, an electronic scan of CONTRERAS PANO's fingerprints were taken to verify her identity and any immigration history she may have in the United States. This query resulted in an identical biometric match revealing that CONTRERAS PANO had been issued an FBI number and immigration fingerprint identification number.

10. Criminal and immigration database record checks associated with CONTRERAS PANO's fingerprints revealed the following:

   a. CONTRERAS PANO is a native and citizen of Mexico.

   b. On or about June 2, 2015, CONTRERAS PANO was ordered removed by an Agency Official with the United States Border Patrol in Laredo, Texas.

3

    c. On or about June 2, 2015, CONTRERAS PANO was served a warning to aliens being ordered removed or deported.

    d. On or about June 2, 2015, CONTRERAS PANO was physically removed from the United States via Laredo, Texas, pursuant to an order of removal.

11. There is no record that CONTRERAS PANO had applied for or received any authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to re-enter the United States after his last removal.

12. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about July 31, 2025, within the Western District of New York, Sebastian CONTRERAS PANO, an alien who was removed from the United States on or about June 2, 2015, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

_____
THOMAS J. COFFMAN
U.S. Border Patrol Agent
United States Border Patrol

Sworn and subscribed to before me telephonically
on this 5th day of August 2025.

_____
HONORABLE JEREMIAH J. McCARTHY
United States Magistrate Judge

4